# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | : |
| : Case No. 2:20-cv-12685-SDW-LDW |
| **Plaintiff** | : |
| : |
| v. | : |
| : **ORDER GRANTING MOTION FOR** |
| Restaurant Los Amigos LLC d/b/a | : **JUDGMENT BY DEFAULT** |
| Los Amigos; Josefino Jimenez | : |
| Cortes, Damian Jimenez Cortes; | : |
| John Does 1-10 and ABC Corps. 1-10 | : |
| : |
| **Defendants** | : |

Default having been entered in this action on or about April 29, 2021 against Defendants Restaurant Los Amigos LLC d/b/a Los Amigos, Josefino Jimenez Cortes, and Damian Jimenez Cortes (hereinafter "Defendants") and the Plaintiff's Motion for the Entry of Default Judgment and documentation in support thereof having been filed on or about May 24, 2021, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been satisfied, now therefore

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants, jointly and severally, and in favor of G & G Closed Circuit Events, LLC for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $5,600.00 and $10,000.00, respectively, plus costs and attorney's fees, as well as, interest pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that Plaintiff is awarded reasonable attorneys' fees and costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) of an amount to be determined upon separate application within 30 days of the notice of entry hereof which shall be added to the judgment entered in this action.

_____
Honorable Susan D. Wigenton. U.S.D.J.
Dated: June 21, 2021